

09-CV-05557-ORD



UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LANA MASSA,

      Plaintiff,

v.

CAILEN WEVODAU, et al.,

      Defendants.

CASE NO. C09-5557FDB/JRC

ORDER OF REFERENCE

This matter comes before the Court on Plaintiff's Proposed Complaint. After review of the records and file herein it is hereby

ORDERED that the above entitled action is REFERRED to United State Magistrate Judge J. Richard Creatura, pursuant to 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrate Judges' Rules MJR 1, MJR 3 and MJR 4.

The Clerk of the Court shall direct copies of this Order to the Plaintiff, all parties and to the above-named United States Magistrate Judge.

DATED this 22nd day of October, 2009.

FRANKLIN D. BURGESS
United States District Judge