# United States District Court

WESTERN DISTRICT OF WASHINGTON

LANA MASSA,

        PLAINTIFF,

        v.

CAILEN WEVODAU, et al.,

        DEFENDANTS,

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:  C09-5557FDB**

_____ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X_____ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The Court adopts the Report and Recommendation;

2. This action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Report and Recommendation and Order to Show Cause

_____December 16, 2009_____

                                        BRUCE RIFKIN_____
                                                  Clerk

                                           /s/ Pat LeFrois

                                           Deputy Clerk